# UNITED STATES DISTRICT COURT

| EASTERN | District of | CALIFORNIA |
|---|---|---|

WILLIAM H. CHISM III  
               Plaintiff (s),  
V.  
CHANG et al.,  
             Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:20-CV-1072-DMC-P

Notice is hereby given that, subject to approval by the court, **WILLIAM CHISM II** substitutes
(Party (s) Name)

**DALE McKINNEY**, State Bar No. **248416** as counsel of record in
(Name of New Attorney)

place of **PRO SE**.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: The Law Office of Dale McKinney  
    Address: 2251 Florin Road, Suite 138, Sacramento, CA 95822  
    Telephone: (916) 661-6109      Facsimile (916) 349-2566  
    E-Mail (Optional): dale@dalemckinneylaw.com

I consent to the above substitution.  
Date: 12-9-2021

*William H. Chism III*  
(Signature of Party (s))

I consent to being substituted.  
Date:

(Signature of Former Attorney (s))

I consent to the above substitution.  
Date: 12/3/2021

*Dale McKinney*  
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 1-21-21 22

(Judge)

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]