1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

SACRAMENTO DIVISION

11
12

| | |
|---|---|
| **WILLIAM H. CHISM, III,**<br><br>Plaintiff,<br><br>v.<br><br>**CHANG, et al. ,**<br><br>Defendants. | 2:20-cv-01072 DMC<br><br>**ORDER GRANTING JOINT STIPULATION TO AMEND DISCOVERY AND SCHEDULING ORDER**<br><br>Judge:    The Honorable Dennis M. Cota<br>Trial Date:  None Set<br>Action Filed:  May 27, 2020 |

13
14
15
16
17
18
19
20

    The parties filed a Stipulation to Amend the Discovery and Scheduling Order to extend

21

discovery by 120 days and to set a deadline to file any dispositive motions 90 days following the

22

close of discovery.  Good cause appearing, the parties' stipulation is granted.  The parties'

23

deadline to conduct discovery shall be 120 days after the date this order is issued.  All dispositive

24

motions shall be filed no later than 90 days after the new discovery closure date.

25

    */ / /*

26

27

    */ / /*

28

1

Plaintiff's motion to continue discovery (ECF No. 25) is hereby moot.

IT IS SO ORDERED.

Dated:  August 4, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE