|  |  |
|---|---|
| WILLIAM H. CHISM, III,  <br>  Plaintiff,  <br>  v.  <br> CHANG, et al.,  <br>  Defendants. | No. 2:20-CV-1072-DMC-P  <br><br> ORDER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

The parties are informed that they may, if all consent in writing, have this case assigned to the United States Magistrate Judge for all purposes while preserving their right to appeal any final judgment directly to the United States Court of Appeals for the Ninth Circuit or, where appropriate, to the United States Court of Appeals for the Federal Circuit. See 28 U.S.C. § 636(c)(1), (3); see also Fed. R. Civ. P. 73(b)(1); E.D. Cal. Local Rule 305(a), (c). The parties are advised that they are free to withhold consent and that doing so shall not result in any adverse consequences. See § 636(c)(2). If all parties consent to Magistrate Judge jurisdiction, the action will be reassigned to the undersigned for all purposes, including entry of final judgment. See Local Rule 301 and Local Rule 305(b).

A review of the record reflects that all parties to this action have not yet filed a written election regarding consent to the exercise of full jurisdiction by the Magistrate Judge. The Clerk of the Court will be directed to provide the parties with the appropriate form which the parties shall then complete if they have not already done so, indicating either consent or non-consent as they may choose, and file with the Court.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward to all parties the court's consent notice and form; and

2. If they have not already done so, the parties shall complete and file the consent election form within 30 days of the date of this order.

Dated: May 16, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE