IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM H. CHISM, III,<br><br>    Plaintiff,<br><br>  v.<br><br>CHANG, et al.,<br><br>    Defendants. | No.  2:20-CV-1072-DJC-DMC-P<br><br><br>ORDER |

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion to compel discovery, ECF No. 41.

      Plaintiff seeks an order overruling objections to his requests for production of documents and directing Defendants to produce documents.  On April 27, 2023, the Court issued an order granting the parties' requests to modify the schedule for this case.  See ECF No. 34.  That order provided that the parties may conduct discovery until August 28, 2023, with any motions necessary to compel discovery due by this date.  See id. at 2.  Plaintiff's current motion was filed on November 17, 2023, and will be denied as untimely.

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to compel, ECF No. 41, is DENIED as untimely.

Dated:  November 30, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2