1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    WILLIAM H. CHISM, III,                    No.  2:20-CV-1072-DJC-DMC-P

12                Plaintiff,

13          v.                                   <u>ORDER</u>

14    CHANG, et al.,

15                Defendants.

16

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18    42 U.S.C. § 1983.

19          On December 26, 2023, Defendants filed a motion for summary judgment, ECF

20    No. 43, which is addressed in separate findings and recommendations.  Briefing on Defendants'

21    motion was completed with the filing of Defendants' reply brief on April 11, 2024, ECF No. 50.

22    On May 6, 2024, Plaintiff filed a motion for sanctions related to arguments raised in Defendants'

23    reply, ECF No. 51.  Defendants filed an opposition thereto and motion to strike on May 9, 2024,

24    ECF No. 52.  On May 17, 2024, Plaintiff filed a notice of withdrawal of his motion for sanctions,

25    ECF No. 53.

26    / / /

27    / / /

28    / / /

1

1    On June 13, 2024, Plaintiff filed a renewed motion for sanctions, ECF No. 54, and

2  Defendants responded with a renewed opposition and motion to strike, ECF No. 55.  Because

3  Defendants' first motion to strike at ECF No. 52 addresses the motion for sanctions filed on May

4  6, 2024, which has been withdrawn, it has been rendered moot and will be disregarded and

5  terminated as a pending motion.  Plaintiff's second motion for sanctions and Defendants'

6  opposition thereto and motion to strike are considered in separate findings and recommendations

7  addressing Defendants' fully briefed motion for summary judgment.

8    Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to

9  terminate ECF No. 52 as a pending motion.

10

11  Dated:  July 8, 2024

12    _____
    DENNIS M. COTA
13    UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28