IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM H. CHISM, III,<br><br>          Plaintiff,<br><br>     v.<br><br>CHANG, et al.,<br><br>          Defendants. | No.  2:20-CV-1072-DJC-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 58, for an extension of time to file objections to the Court's July 23, 2024, findings and recommendations.  Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to technical problems with the servers at the prison law library which impede his ability to conduct research, Plaintiff's motion will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ODERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 58, is GRANTED.

2. The parties may file objections to the Court's July 23, 2024, findings and recommendations within 30 days of the date of this order.

Dated:  August 12, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE